**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

K.S., a minor, by and through her parents,
natural guardians, and next friends,
Patrick Sanders and Denise Sanders, PATRICK
SANDERS, and DENISE SANDERS,

    Plaintiffs,

v.                                      CASE NO: 8:10-cv-2861-T-26TGW

KINDERCARE LEARNING CENTERS, INC., et al.,

    Defendants.
_____/

**O R D E R**

    Pending before the Court is the corporate Defendants' perfunctory motion to dismiss filed in state court prior to removal pursuant to the Florida Rule of Civil Procedure. After carefully considering the well-pleaded allegations of Plaintiffs' complaint in accord with the pleading requirements of the Federal Rules of Civil Procedure, which now govern the sufficiency of Plaintiffs' complaint to state claims for relief, the Court concludes that Plaintiffs' allegations are more than sufficient to raise a right to relief above the speculative level and to state plausible claims for relief based on negligence, respondeat superior, and negligent misrepresentation. See Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 561-62, 570, 127 S.Ct. 1955, 1968-69, 1974, 167 L.Ed.2d 929 (2007). Accordingly, the Motion to Dismiss (Dkt. 6) is denied. The corporate

Defendants shall file their answer and defenses to Plaintiffs' complaint within ten (10) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on December 27, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record